AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ravindranauth ROOPNARINE | ) | Case No. 10-114-FJL |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

FILED by _____ D.C.
SEP 17 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04-01-2006 through 04-08-2008__ in the county of __Indian River and elsewhere__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1349 and 1344 | Conspiracy to commit bank fraud, and committing bank fraud; |
| 18:1957 | Money laundering. |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Constantine Golovaty, Special Agent-FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: September 17, 2010

_____
Judge's signature

City and state: Fort Pierce, Florida

Frank J. Lynch, Jr., U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT
# OF
# CONSTANTINE GOLOVATY
# SPECIAL AGENT
# FEDERAL BUREAU OF INVESTIGATION

I, Constantine Golovaty, being duly sworn, state the following:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) currently assigned to the FBI, Miami Division, Fort Pierce Resident Agency, Fort Pierce, Florida. I have been a SA since 1988, and my duties and responsibilities have included conducting investigations of criminal violations of federal laws found in Title 18. These investigations have included violations of conspiracy, bank fraud, and money laundering.

2. This affidavit is submitted in support of a Criminal Complaint and Arrest Warrant for RAVINDRANAUTH ("RAVI") ROOPNARINE (a native of the *Cooperative Republic of Guyana*) for violations of Title 18, United States Code, Sections 1344 (bank fraud), 1349 (conspiracy), and 1957 (money laundering). The information in this affidavit is based upon my own knowledge, as well as upon facts and knowledge conveyed to me by other law enforcement agents and witnesses interviewed during the course of this investigation.

## INTRODUCTION

<u>First Horizons Bank Fraud</u>

3. This investigation began in 2007 after the State of Florida, Office of Financial Regulation, received information from Mr. Terry Wilson[1] (a realtor/agent) concerning allegations of mortgage fraud involving the sale of approximately fifty homes in the Vero Lake Estates (VLE) subdivision of Vero Beach, Florida, by Mercedes Homes, beginning approximately in April 2006 through December 2007, to possible straw buyers controlled by an individual named Ravi ROOPNARINE.

4. During the review of Terry Wilson's information, the State Investigator acquired closing documents to include HUD-1 forms[2] for four properties of the approximately fifty properties purchased by the alleged straw buyers in VLE during November and December 2006. These documents were obtained from now bankrupt First Magnus Financial which had a business address of 603 N. Wilmot, Tucson, AZ. The State Investigator's analysis of the HUD-1 forms for these four properties found a pattern of questionable high commission and referral fees paid to Century Star Realty Group (CSRG).

5. The State Investigator's review of these four property sales found that when the homes were sold in November and December 2006, the purchase prices for these homes were manipulated from

---

[1] Terry Wilson died in December 2009.

[2] HUD-1 forms are industry standardized home loan settlement documents.

Page 2 of 8

their previous asking price, to apparently include the real estate commission and referral fees paid to CSRG. None of the HUD-1 forms reviewed showed any money being given back to the buyers.

6. The FBI opened an investigation on or about July 2007. This investigation determined ROOPNARINE and others were involved in the purchase of homes by straw buyers, and the subsequent management of these homes, in a scheme to defraud lending institutions. This investigation has identified approximately ninety individuals as straw buyers of the properties in VLE and other developments in the entire scheme orchestrated by ROOPNARINE.[3]

7. Working backward from the purchases and maintenance of the VLE homes, based on analysis of subpoenaed financial and transactional real estate documents, interviews of closing participants, straw buyers/investors, and conspirators, I, along with other investigating agents, have pieced together the money trail and time line of acquisitions by ROOPNARINE and ROOPNARINE-controlled business entities. What follows is a summary time-line of the flow of moneys from one particular scheme of bank fraud into the ongoing schemes of mortgage fraud that occurred, simultaneously or in overlap, at multiple locations in Indian River County, and elsewhere in Florida.

---

[3] Straw buyers are individuals who receive undisclosed compensation to allow their names, credit histories, and signatures to be used on loan documents in order to purchase properties. Lending institutions are not made aware of the compensation given to the straw buyers because the compensation is usually disguised on the HUD-1 forms as legitimate fees and closing costs.

8. *First Tennessee Bank National Association* (FTB), Memphis, Tennessee is insured by the *Federal Deposit Insurance Corporation*. FTB has a division called *First Horizon Home Loans* (FHHL) located in Orlando, Florida. On or about October 17, 2005, James J. Costello, Jr., and Jerel M. Miller, joint owners of *J&J Building & Development, LLC* (J&J), a real estate development company located in Oakland, Florida, obtained a commercial loan from FHHL in the amount of $10 million, secured by twenty-one single family residential lots in the central Florida area.

9. On or about September 24, 2007, J&J entered into a Contract for Sale and Purchase with *Century Star Realty* (CSR) for twenty-one single family homes in the Lake County, Florida area. This contract for sale and purchase was dated and signed September 24, 2007. On this Contract for Sale and Purchase, *Florida Lakes Title & Closing* (FLTC) was listed as the escrow agent for these transactions. Investigation found that CSR, which was at 2295 S. Hiawassee Road, Suite 204, Orlando, FL, was owned and operated by Gergawattie ("Kamla") Seecharan during that time. Investigation found that FLTC was also located at 2295 S. Hiawassee Road, Suite 201B, Orlando, FL, and was owned and operated by Linda Rovetto.

10. J&J also entered into a Joint Venture Agreement with *Raviworld New Homes, Inc.* (Raviworld) dated October 15, 2007. This Joint Venture Agreement, notarized by Linda Rovetto, called for J&J and *Raviworld* to construct and sell homes. Investigation found

that *Raviworld* was headquartered in Homestead, FL, and was owned and operated by RAVI ROOPNARINE. Bhardwaaj (Deo) Seecharan, husband of Kamla Seecharan, was also listed as the vice-president of *Raviworld*.

11. Linda Rovetto was interviewed during the course of this investigation and gave information that she had an escrow account located at *Florida Capital Bank N.A.* Rovetto held money from the sale of the twenty-one homes, that were under contract between J&J and CSR, in this escrow account for the purpose of paying off FHHL/FTB. Rovetto was instructed by Kamla Seecharan and RAVI ROOPNARINE to send this money, legally committed to FHHL/FTB, to an account for *Raviworld*, rather than to pay off FHHL/FTB's prior claim. Kamla Seecharan gave Rovetto the bank wire information to accomplish this wire transfer, which Rovetto began in November 2007. Rovetto has said she knowingly and willfully transferred these funds from her escrow account to the *Raviworld* account, even though this money was dedicated to payoff FHHL/FTB's prior liens.

12. Bank of America (BOA) account information shows the *Raviworld* account receiving wire transfers from FLTC, which totaled approximately $3,562,512.45, beginning on or about November 21, 2007, and ending on or about April 8, 2008.

Downstream Transfers of Money

13. BOA account information for *Raviworld* shows some of this money next transferred to a BOA account in the name of *Sunrise New Homes, Inc.* (SNH), starting on or about November 30, 2007. SNH was owned and operated by RAVI ROOPNARINE and Deo Seecharan. Investigation found that SNH managed properties, that were purchased by straw buyers, and which were part of a larger mortgage fraud conspiracy operated by RAVI ROOPNARINE, Kamla Seecharan, Deo Seecharan, and others. The money transferred into the SNH account was then used to pay off mortgages of the homes purchased by the straw buyers in Vero Beach and Homestead, FL.

14. BOA account information for *Raviworld* account also shows money transfers going to the BOA account in the name of *Vero Lakes New Home Center* (VLNHC), which was located at 13821 Daniels Landing Circle, Winter Garden, FL, and owned and operated by Dolly Balkissoon and RAVI ROOPNARINE. VLNHC's principal business purpose was the ownership and management of real property in Vero Beach, Indian River County, FL.

15. Dolly Balkissoon was interviewed during the course of this investigation. Balkissoon said she was involved with RAVI ROOPNARINE, Kamla Seecharan, Deo Seecharan, and others in a mortgage fraud scheme involving straw buyers purchasing homes in VLE. Balkissoon said after the homes were purchased by the straw buyers, she would manage these homes and make payments on the

mortgages for the straw buyers. Balkissoon said some of the money needed for the mortgages would come from moneys given to her by RAVI ROOPNARINE and Kamla Seecharan.

16. BOA account information for SNH and VLNHC shows that, after the money was transferred from *Raviworld* into these accounts, the money would then be used to pay off mortgages being managed by both of these companies, to keep the mortgage fraud scheme from collapsing.

17. During the course of this investigation, FBI undercover agents (UCAs) recorded conversations during meetings with RAVI ROOPNARINE, Kamla Seecharan, Deo Seecharan, and others, on or about March 5 and 6, 2008. During these meetings, RAVI ROOPNARINE explained, in detail, his mortgage fraud scheme to the UCAs, to include giving kickbacks to straw buyers in the amounts of $10,000 for each home purchased in the names of the straw buyers. ROOPNARINE showed the UCAs lists of homes that were purchased in Vero Beach and Homestead, FL, by straw buyers in this mortgage fraud scheme. RAVI ROOPNARINE also explained how Deo Seecharan, Kamla Seecharan, and Dolly Balkissoon helped him manage all the homes purchased by the straw buyers.

18. Based upon the foregoing facts, and upon my training and experience, I believe RAVI ROOPNARINE has committed violations of Title 18, United States Code, Section 1349 (conspiracy); Title 18, United States Code, Section 1344 (bank fraud); and, Title 18,

United States Code, Section 1957 (money laundering). I, therefore, respectfully request the Court issue a Complaint and Arrest Warrant for RAVINDRANAUTH ROOPNARINE.

Further, your affiant sayeth naught.

Constantine Golovaty
Special Agent
Federal Bureau of Investigation

    Sworn and subscribed to before me this 17th day of September 2010.

Frank J. Lynch, Jr.
United States Magistrate Judge