UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14096-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LINDA ROVETTO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on April 5, 2012. A Report and Recommendation was filed on April 23, 2012, (D.E.#95), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count Seven of the Indictment, which charges the Defendant with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Sections 1349 and 1344.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of May, 2012.

                                        _____
                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office